1  CATHERINE L. MANSKE (SBN: 183815)
   GORDON & REES LLP
2  740 University Avenue, Suite 130
   Sacramento, California 95825
3  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
4
   Attorneys For: Defendant
5  LORETTO HIGH SCHOOL ERRONEOUSLY SUED AND SERVED AS LORETTA HIGH
   SCHOOL, THE INSTITUTE OF THE BLESSED VIRGIN MARY
6
   JILL P. TELFER (SBN: 145450)
7  LAW OFFICES OF JILL P. TELFER
   A Professional Corporation
8  331 J. Street, Suite 200
   Sacramento, CA 95814
9  Telephone: (916) 446-1916
   Facsimile: (916) 446-1726
10
   Attorneys For: Plaintiff
11 MICHELE PADGETT

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15 MICHELE PADGETT,                )  CASE NO. CIVS-03-2048 MCE GGH
                                   )
16              Plaintiff,         )
                                   )  **STIPULATION AND ORDER TO**
17      v.                         )  **CONTINUE TRIAL**
                                   )
18 LORETTA HIGH SCHOOL, THE INSTITUTE )
   OF THE BLESSED VIRGIN MARY, DOES 1 )  Trial Date: November 2, 2005
19 through 20, inclusive,           )
                                   )
20              Defendant.         )
                                   )
21

22      MICHELE PADGETT and defendant LORETTO HIGH SCHOOL hereby stipulate and

23 request a continuance of the trial in this matter for the following reasons:

24      1.     On August 4, 2005 this court ordered that the August 10, 2005 trial of the above-

25 entitled matter be continued to November 2, 2005.

26      2.     The setting of a November 2, 2005 trial date creates significant conflicts with

27 defense counsel's trial calendar. Defense counsel is scheduled to begin trial on November 1,

28 2005 in Los Angeles (<u>Whitwell v. Lancaster Ventures</u>, Los Angeles Superior Court Case No.

-1-

BC313024) and November 8, 2005 in Sacramento (<u>East-Bratt v. California Association of Health Plans</u>, Sacramento Superior Court Case No. 03AS06129). Both trials were scheduled prior to the continuance of this matter. Recent attempts to reach settlement in these matters have not been successful, and at this time, it is anticipated that both will be tried.

3. Plaintiff has agreed to a continuance of the trial to accommodate defense counsel's trial calendar. The parties respectfully request that the court grant this continuance.

4. Counsel have reviewed their trial calendars, and both have trials scheduled in January and March 2006. Neither counsel currently has any trial scheduled for February 2006.

IT IS SO STIPULATED.

Dated: September ___, 2005         GORDON & REES, LLP


By: _____
     Catherine L. Manske
Attorneys for Defendant
Loretto High School erroneously sued and served as Loretta High School, The Institute of the Blessed Virgin Mary

Dated: September ___, 2005         LAW OFFICES OF JILL P. TELFER


By: _____
     Jill P. Telfer
Attorneys for Plaintiff
Michele Padgett

The trial date of November 2, 2005 is VACATED. Trial is re-set for April 5, 2006 at 9:00 AM. All pretrial dates will be re-set in accordance with this order in a separate minute order.

IT IS SO ORDERED.
Dated: September 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE