1  JILL P. TELFER, State Bar No. 145450
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J. Street, Suite 200
3  Sacramento, California 95814
   Telephone:   (916) 446-1916
4  Facsimile:    (916) 446-1726
   email: jilltelfer@yahoo.com

6  Attorney for Plaintiff
   **MICHELE PADGET**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE PADGET | CASE NO: **CIV.S-03-2048 MCE GGH** |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ACTION** |
| LORETTA HIGH SCHOOL, THE INSTITUTE OF THE BLESSED VIRGIN MARY, DOES 1 through 20, inclusive, | Complaint filed: October 3, 2003 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff MICHELE PADGETT and Defendant **LORETTO HIGH SCHOOL, THE INSTITUTE OF THE BLESSED VIRGIN MARY**, by and through their respective counsel, that Plaintiffs hereby dismiss, with prejudice, all claims for relief in Plaintiff's complaint, the parties to bear their own costs and attorneys fees on this action.

1     **IT IS SO STIPULATED.**

Date: April 7, 2006            LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

/s/Jill P. Telfer

_____
**JILL P. TELFER**
Attorney for Plaintiff
MICHELE PADGET

**IT IS SO STIPULATED.**

Dated: April 10, 2006          GORDON & REES LLP

/s/Catherine L. Manske

_____
**CATHERINE L. MANSKE**,
Attorney for Defendants
LORETTO HIGH SCHOOL, THE INSTITUTE
OF THE BLESSED VIRGIN MARY

**GOOD CAUSE APPEARING,**

The parties having stipulated and good cause appearing therefore, **IT IS SO ORDERED**.

DATED: May 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2